JS-6

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN-LEGION AUTOMOTIVE CORP., a foreign entity, and FORERUNNER AUTOMOTIVE INDUSTRIAL, a foreign entity,<br><br>Plaintiffs,<br><br>vs.<br><br>LUSA INDUSTRIES, INC., a California corporation,<br><br>Defendants. | Case No. CV-09-5962 MMM-CW<br><br>[PROPOSED] FINAL JUDGMENT |
| RELATED COUNTERCLAIMS | |

SNR Denton US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300

This matter having come before the Court on the Stipulation between the parties for entry of final judgment against defendant LUSA Industries, Inc.

**IT IS ORDERED, ADJUDGED and DECREED** that judgment for damages in the total amount of $650,000.00 (Six hundred and fifty thousand dollars) shall be and are hereby entered against defendant LUSA Industries, Inc. and in favor of Plaintiffs. All parties bear their own attorneys' fees and costs in the litigation of this action to the date of entry of this final judgment.

IT IS SO ORDERED, ADJUDGED and DECREED.

Dated: Nov. 4, 2010

_____
Hon. Margaret M. Morrow
United States District Court Judge

Approved as to form:

SNR DENTON US LLP
FELIX T. WOO


By_____Felix T. Woo /s/_____
            Felix T. Woo
Attorneys for Plaintiffs
Golden-Legion Automotive Corp. and
Forerunner Automotive Industrial


KAJIOKA & ASSOCIATES


By_____Dean Kajioka /s/_____
            Dean Kajioka
Attorneys for Defendant
Lusa Industries, Inc.